IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| SAMSON OLUMWSEUN ADEYEMI, | ) | |
|---|---|---|
| Petitioner, | ) | Civil Action No. 13-216 Erie |
| | ) | |
| v. | ) | Judge Arthur J. Schwab |
| | ) | |
| BOBBY L. MEEKS, | ) | |
| Respondent. | ) | |

**O R D E R**

AND NOW, this 4th day of February, 2014, upon consideration of the petition for a writ of habeas corpus (doc. no. 4) and the complete record in this case, it is hereby ORDERED that the petition is DISMISSED. The Clerk of Court shall mark this CASE CLOSED.

BY THE COURT:

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

Notice by CM/ECF to all counsel of record
And by first-class mail to:

Samson Olumwseun Adeyemi
60450-066
McKean
Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 8000
Bradford, PA 16701